UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Nos. 12-20322-CR-SEITZ
12-20400-CR-SEITZ
13-20455-CR-SEITZ

UNITED STATES OF AMERICA

vs.

RICARDO AMADOR BALLESTEROS GARCIA,
a/k/a "Ricardo Amador Ballesteros,"
a/k/a "Ricardo Amador Ballester,"
a/k/a "Alejandro Alvarez Abreu,"

Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR RETURN OF PROPERTY

THIS MATTER is before the Court on Defendant's Motion for Return of Property [Case No. 12-20322, DE 110; Case No. 12-20400, DE 130; Case No. 13-20455, DE 115] and the Government's Response [Case No. 12-20322, DE 111; Case No. 12-20400, DE 131; Case No. 13-20455, DE 116]. For the second time, Defendant is seeking return of the following items seized during his arrest:

(1) Florida Driver's License;
(2) Spanish Driver's License;
(3) Cuban Aviation Club ID Card;
(4) Kingdom of Spain pilot certificate issued on June 25, 2002;
(5) Kingdom of Spain flight crew license, expired January 31, 2014;
(6) Kingdom of Spain Flight Crew License, expired June 30, 2011;
(7) Kingdom of Spain Class-2 Medical Certificate, expired December 26, 2013;
(8) Kingdom of Spain Class-2 Medical Certificate, expired June 8, 2011; and
(9) Spanish passport (expired).

Under Federal Rule of Criminal Procedure 41(g), an individual may move for return of seized property; however, a Rule 41(g) motion "is properly denied if . . . the government's need for the property as evidence continues." *United States v. Garcon*, 406 F. App'x 366, 369 (11th

1

Cir. 2010) (quotation omitted). This need may continue through post-trial proceedings. *See id.* at 370. Contrary to Defendant's claim that these items were not used as evidence at trial, each of these items was admitted in evidence without objection as Government's Exhibits 35-38 and 61-65. Thus, they would be relevant on appeal of Defendant's convictions, and the Government's need for them as evidence continues. Therefore, it is

ORDERED THAT

Defendant's Motion for Return of Property [Case No. 12-20322, DE 110; Case No. 12-20400, DE 130; Case No. 13-20455, DE 115] is **DENIED**.

DONE AND ORDERED in Miami, Florida, this _11_ day of December, 2015.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    *Pro se* Defendant